UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Case No. 15 B 00954   )
)
MAJOR MITCHELL,   )
   Debtor,   )
)   BK No. 15 B 00954
THE ILLINOIS DEPARTMENT OF   )
EMPLOYMENT SECURITY,   )
)   Adv. Pro. No. 15-00177
   Plaintiff,   )
v.   )
MAJOR MITCHELL,   )   Honorable Donald R. Cassling
   Defendant.   )

## AGREED ORDER

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter,

IT IS HEREBY ORDERED THAT:

1. Defendant, MAJOR MITCHELL is indebted to plaintiff, Illinois Department of Employment Security, in the sum of $9,219.00, plus costs of $350.00 for the filing fee.

2. This debt is non-dischargeable within the meaning of 11 U.S.C. 523(a)(2)(A).

Approved:

_____
Major Mitchell
Defendant

_____
David H. Cutler
Defendant's Attorney

_____
Andrew L. Dryjanski
Assistant Attorney General

_____
Judge Donald R. Cassling
United States Bankruptcy Judge

DATED: 5-8-15